**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JEAN GEMINIANI, | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | C.A. No. : 07-372 |
| UNITED PARCEL SERVICE, INC., | : | |
| Defendant | : | |

**ENTRY OF APPEARANCE**

NOW COMES Lori Caron Silveira of Tillinghast Licht LLP and enters her appearance in the above-captioned matter on behalf of the Defendant, United Parcel Service, Inc.

Respectfully Submitted,

UNITED PARCEL SERVICE, INC.
By Its Attorneys,

/s/Lori Caron Silveira
Lori Caron Silveira (#3002)
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (fax)
lsilveira@tllaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2008, a true copy of the Entry of Appearance was electronically served on the following party:

Carly Beauvais Iafrate, Esq.
129 Dyer Street
Providence, RI 02903
ciafrate@verizon.net

/s/Lori Caron Silveira