**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JEAN GEMINIANI.,** | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | |
| | : | C.A. No. : 07-372S |
| **UNITED PARCEL SERVICE,** | : | |
| **Defendant** | : | |
| | : | |
| | : | |

**STIPULATION**

______It is hereby agreed by the parties that Defendant United Parcel Service may have up to and including March 7, 2008, within which to answer the Complaint of Plaintiff Jean Geminiani.

UNITED PARCEL SERVICE.

By Its Attorneys,

/s/ *Paul J. Moretti Sr.*

Lori Caron Silveira (#3002)
Paul J. Moretti Sr. (# 7433)
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (fax)

Dated: February 19, 2008

JEAN GEMINIANI

By Her Attorney,

/s/ *Carly Beauvais Iafrate*

Carly Beauvais Iafrate (#6343)
129 Dyer St.
Providence, Rhode Island 02903
(401) 421-0065
(401) 421-0964 (Fax)

Dated: February 19, 2006

**Certificate of Service**

______I certify that all parties have consented that all papers required to be served may be served and filed electronically. I further certify that a copy of the Stipulation was served electronically and by First Class Mail on February 19, 2008 on the following parties:

Carly Beauvais Iafrate - ciafrate@verizon.net
129 Dyer St.
Providence, Rhode Island 02903

/s/ Paul J. Moretti Sr.

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;458402;1