UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JEAN GEMINIANI, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-372 |
| vs. | : | |
| | : | |
| UNITED PARCEL SERVICE, INC., | : | |
| | : | |
| Defendant. | : | MARCH 6, 2008 |

**CORPORATE DISCLOSURE STATEMENT**

Defendant United Parcel Service, Inc., hereby certifies that it is a New York corporation, which is wholly owned by UPS Worldwide Forwarding, Inc., a Delaware corporation. UPS Worldwide Forwarding, Inc. is wholly owned by United Parcel Service of America, Inc., a Delaware corporation. United Parcel Service of America, Inc. is wholly owned by United Parcel Service, Inc., a Delaware corporation. United Parcel Service, Inc., a Delaware corporation has publicly traded equity securities. No public company owns 10% or more of its stock.

Respectfully Submitted,
DEFENDANT – UNITED PARCEL SERVICE

By Its Attorneys

/s/ *Paul J. Moretti Sr.*
Lori Caron Silveira (#3002)
Paul J. Moretti Sr. (# 7433)
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (fax)

**Certificate of Service**

I certify that all parties have consented that all papers required to be served may be served and filed electronically. I further certify that a copy of the above was served electronically on March 6, 2008 on the following parties:

Carly Beauvais Iafrate - ciafrate@verizon.net
129 Dyer St.
Providence, Rhode Island 02903

/s/ *Paul J. Moretti Sr.*