**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JEAN GEMINIANI., Plaintiff | : | |
| vs. | : | C.A. No. : 07-372S |
| UNITED PARCEL SERVICE, Defendant | : | |

**MOTION FOR ADMISSION *PRO HAC VICE***

NOW COMES Defendant, United Parcel Service, and hereby moves that Dena M. Castricone, Esq., be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Respectfully Submitted,

/s/ *Paul J. Moretti Sr.*

Lori Caron Silveira (#3002)
Paul J. Moretti Sr. (# 7433)
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401)456-1210 (fax)
pmoretti@tllaw.com

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Connecticut and Rhode Island and of the following Federal District Court of Connecticut and Court of Appeals Bars of the First and Second Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Respectfully Submitted,

Dena M. Castricone, Esq. #ct25290
Murtha Cullina LLP
2 Whitney Avenue
New Haven, CT 06510
(203) 772-7767
(203) 772-7723 (Fax)
dcastricone@murthalaw.com

**CERTIFICATION OF LOCAL COUNSEL**

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ *Paul J. Moretti Sr.*
Lori Caron Silveira (#3002)
Paul J. Moretti Sr.(#7433)
Tillinghast Licht LLP
10Weybosset Street
Providence, RI 02903
(401) 456-1200
(401)456-1210 (fax)
pmoretti@tllaw.com

**ORDER**

This Motion is hereby:

Granted
District Judge

Date: WES 3/7/08

**Certificate of Service**

I certify that all parties have consented that all papers required to be served may be served and filed electronically. I further certify that a copy of the Motion for Admission Pro Hac Vice was electronically served on March 6, 2008 on the following parties:

Carly Beauvais Iafrate
129 Dyer St.Providence,
Rhode Island 02903
(401) 421-0065
(401) 421-0964 (Fax)
ciafrate@verizon.net