**UNITED STATE DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

JEAN GEMINIANI, :
:
*Plaintiff*, :
:
vs. :
: C.A. No. 07-372S
UNITED PARCEL SERVICE, INC., :
:
*Defendants.* :

:

**WITHDRAWAL OF APPEARANCE**

I, Paul J. Moretti Sr., hereby withdraw my appearance on behalf of Defendant, United Parcel Service, Inc., in the above-captioned matter. Attorney Lori Caron Silveira of the law firm of Adler Pollock & Sheehan P.C. remains counsel of record for Defendant, United Parcel Service, Inc.

*/s/ Paul J. Moretti Sr.*

PAUL J. MORETTI (#7433)
TILLINGHAST LICHT LLP
10 Weybosset Street, 10th Floor
Providence, RI 02903
Tel: (401) 456-1200
Fax: (401) 456-1210

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2008, I caused a copy of the within Withdrawal of Appearance to be sent by electronic means (ECF) to the following counsel of record:

Carly B. Iafrate, Esq. at ciafrate@verizon.net
Lori Caron Silveira, Esq. at lsilveira@apslaw.com

*/s/ Paul J. Moretti Sr.*

*455918_1*